IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RORY V. HOTOMANIE,<br><br>Plaintiff,<br><br>vs.<br><br>ARCHIE ADKINS, MS DIRECTIONAL, LLC., and DOES I-V,<br><br>Defendants. | CV 20-117-BLG-SPW-TJC<br>(*Member Case*)<br><br>*Consolidated with*<br><br>CV-20-116-BLG-SPW-TJC<br>(*Lead Case*)<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

Plaintiff has renewed his motion to file under seal his brief in support and supporting exhibits for his Motion to Amend. (Docs. 39, 42, 44, 45, 46).[1] The motion is unopposed.

Plaintiff represents that Defendant Archie Adkins has asserted a constitutional privacy interest in Adkins' driving record and therefore filing under seal is appropriate. (Doc. 46 at 2.) Good cause showing,

---

[1] Citations are to the lead case Docket, CV-20-116. Counsel is reminded to docket to the lead case (CV-20-116) and "spread" filings to the member case using the functionality within CM/ECF, pursuant to the Guide For Filing § 8(h)(i), found at: https://www.mtd.uscourts.gov/manuals-training. It follows that all future briefing should cite to the lead case Docket.

IT IS ORDERED that the motion to file under seal (Doc. 46) is GRANTED.

DATED this 1st day of June, 2021.

                                            _____
                                            TIMOTHY J. CAVAN
                                            United States Magistrate Judge