IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| RORY V. HOTOMANIE, | CV 20-117-BLG-SPW-TJC (*Member Case*) |
|---|---|
| Plaintiff, | |
| vs. | *Consolidated with* CV-20-116-BLG-SPW-TJC (*Lead Case*) |
| ARCHIE ADKINS, MS DIRECTIONAL, LLC., and DOES I-V, | |
| Defendants. | **ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all pending motions and deadlines are VACATED.

DATED this 24th day of June 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge