IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY BROPHY,<br><br>      Plaintiff,<br>vs.<br>ARCHIE ADKINS and MS DIRECTIONAL, LLC,<br><br>      Defendants. | 1:20-CV-00116-SPW-TJC *(Lead Case)*<br>Consolidated with<br>1:20-CV-117-SPW-TJC *(Closed)*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| ARCHIE ADKINS,<br>      Counterclaimant,<br>v.<br>TRACY BROPHY,<br>      Counter-defendant. | |

  Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 56), and for good cause appearing,

  **IT IS HEREBY ORDERED** that said Stipulation is **GRANTED** and all claims brought by plaintiff Tracy Brophy against defendants Archie Adkins and MS Directional, LLC in the above-captioned are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that Archie Adkins' counterclaim against Tracy Brophy remains ongoing and is not dismissed.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of August, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge