IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY BROPHY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARCHIE ADKINS and MS DIRECTIONAL, LLC,<br><br>　　　　　Defendants. | CV 20-116-SPW-TJC |
| ARCHIE ADKINS,<br>　　　　　Counterclaimant,<br>v.<br><br>TRACY BROPHY,<br>　　　　　Counter-Defendant. | **ORDER** |

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 66), and for good cause appearing,

IT IS HEREBY ORDERED that said Stipulation is **GRANTED** and all claims brought by Counterclaimant Archie Adkins against Counter Defendant Tracy Brophy in the above-captioned matter are **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

DATED this 17th day of November, 2021.

SUSAN P. WATTERS
United States District Judge